IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANADARKO PETROLEUM CORPORATION | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  4:10cv02185 |
| NOBLE DRILLING (U.S) LLC, | § § § | |
| Defendant. | § | |

## DEFENDANT'S JURY DEMAND

Defendant, Noble Drilling (U.S.) LLC, respectfully demands, pursuant to FED. R. CIV. P. 38, a trial by jury of all issues that may be tried to a jury in this matter.

Respectfully submitted

/s/    Lee M. Larkin
Paul J. Dobrowski
State Bar No.  05927100
Fed. Bar No. 3208

ATTORNEY IN CHARGE FOR DEFENDANT
NOBLE DRILLING (U.S.) LLC

OF COUNSEL:

DOBROWSKI L.L.P.
Lee M. Larkin
State Bar No.  11950500
Fed. Bar No. 5152
Anthony D. Weiner
State Bar No.  24043984
Fed. Bar No.  38618
4601 Washington Avenue
Suite 300
Houston, Texas  77002
Tel:    (713) 659-2900
Fax:    (713) 659-2908

1

2

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the foregoing Certificate of Interested Parties on all known Filing Users will be automatically accomplished through the Notice of Electronic Filing on July 27, 2010.

Alison Leigh Smith
Haynes and Boone LLP
One Houston Center
1221 McKinney Street, Suite 2100
Houston, Texas 77010

/s/  *Lee M. Larkin*
Lee M. Larkin